JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ERLEND OLSON,<br><br>   Defendant. | No. 8:18-cv-00225-DOC-KES<br><br>ORDER GRANTING STIPULATION BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT ERLEND OLSON RE: COMPLAINT TO REDUCE FEDERAL PENALTY ASSESSMENTS TO JUDGMENT<br><br>Honorable David O. Carter |

Pursuant to the stipulation of the parties, it is hereby ordered:

1. On February 8, 2018, the United States of America filed a civil action to reduce to judgment federal Foreign Bank and Financial Accounts (FBAR) penalty assessments against defendant Erlend Olson.

2. The complaint at issue alleged that on September 13, 2016, a delegate of the Secretary of the Treasury made federal FBAR penalty assessments against defendant for the 2010 and 2011 calendar years each in the amount of $10,000 per

foreign bank account (of which defendant had 4), pursuant to 31 U.S.C. § 5314, for a total penalty amount of $80,000, plus a late payment penalty pursuant to 31 U.S.C. § 3717(e)(2) in the amount of $3,773.61.  Further, the United States of America alleged that defendant made a payment of $567 towards the abovementioned liabilities. Interest has accrued on the penalties as provided by law and remains unpaid.

3. Defendant Erlend Olson does not dispute that the United States of America is entitled to judgment in this case in the amount sought to be recovered.  Defendant Erlend Olson stipulates that he shall pay to the United States of America the full amount alleged to be due and owing over a period of eighteen months in equal monthly installments, with interest.  As such, the total amount due pursuant to this complaint as computed to November 1, 2019, is $89,626.55.

4. The following table summarizes the dates by which each of the abovementioned payments must be received by the United States of America from defendant Erlend Olson:

| Installment | Amount | Due Date |
|---|---|---|
| 1st Installment | $4,979.25 | June 1, 2018 |
| 2nd Installment | $4,979.25 | July 1, 2018 |
| 3rd Installment | $4,979.25 | August 1, 2018 |
| 4th Installment | $4,979.25 | September 1, 2018 |
| 5th Installment | $4,979.25 | October 1, 2018 |
| 6th Installment | $4,979.25 | November 1, 2018 |
| 7th Installment | $4,979.25 | December 1, 2018 |
| 8th Installment | $4,979.25 | January 1, 2019 |
| 9th Installment | $4,979.25 | February 1, 2019 |
| 10th Installment | $4,979.25 | March 1, 2019 |

| Installment | Amount | Due Date |
|---|---|---|
| 11th Installment | $4,979.25 | April 1, 2019 |
| 12th Installment | $4,979.25 | May 1, 2019 |
| 13th Installment | $4,979.25 | June 1, 2019 |
| 14th Installment | $4,979.25 | July 1, 2019 |
| 15th Installment | $4,979.25 | August 1, 2019 |
| 16th Installment | $4,979.25 | September 1, 2019 |
| 17th Installment | $4,979.25 | October 1, 2019 |
| 18th Installment | $4,979.30 | November 1, 2019 |
| **Total** | **$89,626.55** | |

5. Payments must be made in the form of a cashier's check, made payable to the United States Treasury and sent to Valerie Makarewicz, Assistant United States Attorney, United States Attorney's Office, 300 North Los Angeles Street, Rm. 7211, Los Angeles, California, 90012.

6. Upon the timely completion of all of the abovementioned payments, the United States shall file a dismissal of the underlying complaint on the grounds of mootness.

7. If any of the required payments referenced in paragraphs three and four above are not made within 5 days of the specified due date (which occurs on the first of the month for 18 months), the parties' agreement enumerated herein shall be considered breached, and the following shall occur:

   a. On the 6th day after the specified due date, the United States shall send a certified letter to defendant Erlend Olson, at 8909 Rio Grande NW Los Ranchos NM 87114, documenting the breach, and informing defendant

      Erlend Olson that he has 30 days from the specified due date to cure and make payment.

  b. Defendant has signed a stipulated judgment, which is currently being held by counsel for the United States. If the United States has not received payment by 30 days from the specified due date by defendant Erlend Olson, the United States will file the stipulated judgment with the Court, and request that the Court enter judgment against defendant Erlend Olson for the full amount alleged to be due and owing at the time of the breach, with such amount reduced by any payments previously made by defendant under this agreement.

  c. Defendant Erlend Olson agrees that he will not be able to contest the entry of the judgment against him if he is in breach of this stipulation as outlined above.

8. This case is placed on inactive status during such time as defendant remains in compliance with the terms of this stipulation.

9. As between plaintiff United States of America and defendant Erlend Olson, each party shall bear its own costs and attorney's fees in connection with this case.

**IT IS SO ORDERED.**

DATED: May 10, 2018

_/s/ David O. Carter_
HON. DAVID O. CARTER
United States District Judge