TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ERLEND OLSON,<br><br>Defendant | Case No.: 8:18-cv-225-DOC-KES<br><br>United States of America's Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(i).<br><br>Judge David O. Carter |

1  The United States of America, Plaintiff, dismisses this case with
2  prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).
3  As set forth in Fed. R. Civ. P. 41(a)(1)(A)(i), the United States may
4  dismiss an action without a court order by filing a notice of dismissal before
5  the opposing party serves either an answer or a motion for summary
6  judgment. Defendant has not served an answer or a motion for summary
7  judgment. Accordingly, dismissal without court order is appropriate.

Dated: October 5, 2021

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

**/s/ Andrew T. Pribe**
ANDREW T. PRIBE
Assistant United States Attorney